**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RICHARD LEE ROJAS-RENTERIA,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No.: 1:20-cv-01761 JLT HBK<br><br>ORDER ADOPTING IN FULL THE FINDINGS AND RECOMMENDATIONS DISMISSING THE ACTION WITHOUT PREJUDICE FOR PLAINTIFF'S FAILURE TO PROSECUTE AND FAILURE TO OBEY THE COURT'S ORDERS<br><br>(Doc. 20) |

Richard Lee Rojas-Renteria initiated this action by filing a complaint for a judicial review of administrative decision denying his application for Social Security benefits. (Doc. 1.) Because Plaintiff failed to file an opening brief —or take any other action to prosecute this action following the withdrawal of his counsel—the assigned magistrate judge recommended the action be dismissed on January 26, 2022. (Doc. 20.)

The Court granted Plaintiff 14 days from the date of service to file objections to the Findings and Recommendations. (Doc. 20 at 4.) In addition, the Court advised Plaintiff "that failure to file objections within the specified time may result in the waiver of rights on appeal." (*Id.*, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014); *Baxter v. Sullivan*, 923 F.2d 1391, 1394 (9th Cir. 1991).) However, he did not file objections.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C) and *Britt v. Simi Valley United School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983), this Court conducted a de novo review of the case.

Having carefully reviewed the matter, the Court finds the Findings and Recommendations are supported by the record and proper analysis. Based upon the foregoing, the Court **ORDERS**:

1. The Findings and Recommendations dated January 26, 2022 (Doc. 20) are **ADOPTED IN FULL**.
2. Plaintiff's complaint is **DISMISSED** without prejudice; and
3. The Clerk of Court is **DIRECTED** to close this action, because this Order terminates the matter in its entirety.

IT IS SO ORDERED.

Dated:   **February 22, 2022**

UNITED STATES DISTRICT JUDGE